# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH SILVEY, individually and on behalf of those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ROADRUNNER TEMPERATURE CONTROLLED, LLC,<br><br>Defendant. | 4:24CV3181<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on October 10, 2024, a letter (Filing No. 6) was sent to the following attorney from the Office of the Clerk directing that he obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Samuel J. Strauss**
**STRAUSS BORRELLI PLLC**
**980 N. Michigan Ave. – Suite 1610**
**Chicago, IL 60611**

**IT IS ORDERED** that on or before November 21, 2024, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in Samuel J. Strauss being removed as counsel of record.

Dated this 7th day of November, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge